PROB 12C
(6/16)

Report Date: March 15, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Miguel Gonzalez-Cruz | Case Number: 0980 2:11CR02021-FVS-1 |
| Address of Offender: Last known: ▮▮▮▮▮▮▮▮▮▮ Parker, Washington 98939 | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 28, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | | |
| Original Sentence: | Prison - 40 months<br>TSR - 36 months | Type of Supervision: | Supervised release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | March 21, 2014 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: | March 20, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Gonzalez-Cruz was arrested and charged with driving under the influence by the Pierce County Sheriff's Office in Tacoma, Washington, on March 12, 2017.<br><br>According to the Tacoma City Jail, the defendant was arrested and released on this same date to the streets after posting bail.  The jail staff also reported the defendant was arrested using the name of Aureliano Emilio Suarez Cruz.  An incident report has been requested. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: Mr. Gonzalez-Cruz failed to report to the U.S. Probation Office in Yakima, Washington, upon reentry into the United States on or before March 12, 2017. |

Prob12C
**Re: Gonzalez-Cruz, Miguel**
**March 15, 2017**
**Page 2**

Mr. Gonzalez-Cruz was released from the Bureau of Prisons on March 21, 2014, at which time he was turned over to Immigration and Customs Enforcement who then in turn deported the defendant to Mexico on April 10, 2014.  The defendant's whereabouts became known to the U.S. Probation Office on March 14, 2017, after he was arrested by the Pierce County Sheriff's Office for driving under the influence on March 12, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Fred Van Sickle

Signature of Judicial Officer

March 16, 2017
Date